DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY SPALDING,**
Appellant,

v.

**DENISE HO** and **NEREYDO CONTRERAS,**
Appellees.

No. 4D2024-1677

[September 25, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips and Shari Africk-Olefson, Judges; L.T. Case No. CACE18018440.

Mark F. Booth of Rogers, Morris & Ziegler LLP, Fort Lauderdale, for appellant.

Scott A. Cole and Francesca M. Stein, of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***